**Electronically Filed
Supreme Court
SCWC-11-0000427
06-DEC-2012
02:47 PM**

SCWC-11-0000427

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

WENDY PIERCE, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000427; CASE NO. 2DTC-10-006049)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

   Petitioner/Defendant-Appellant's application for writ of certiorari filed on October 22, 2012, is hereby accepted.

   IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

   DATED: Honolulu, Hawaiʻi, December 6, 2012.

James S. Tabe,
for Petitioner

Peter A. Hanano
for Respondents

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

